# EXHIBIT 2

IN THE CIRCUIT COURT FOR THE ELEVENTH CIRCUIT
ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| PLATINUM SPORTS AND ENTERTAINMENT MANAGEMENT, LLC; </br></br>Plaintiff, </br></br>v. </br></br>STEVE PIERCE and PIERCE AND ASSOCIATES; </br></br>Defendants. | ) ) ) ) ) ) ) ) Case Number: 2011-CC00353 ) ) ) ) ) ) |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants Steve Pierce and Pierce and Associates hereby give notice that they have filed in the United States District Court for the Eastern District of Missouri, its Notice of Removal in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446. Attached hereto as Exhibit One is a copy of the Notice of Removal and all papers and exhibits attached thereto.

Dated:  May 21, 2020

Respectfully submitted,

**DiPasquale Moore, LLC**

By:  s/ *Jason Moore*
JASON B. MOORE             #54592
BLAINE E. DICKESON        #57938
4050 Pennsylvania Ave., Suite 121

1

Kansas City, MO 64111
Telephone:  816-888-7500
Facsimile:  816-888-7519
jason.moore@dmlawusa.com
blaine.dickeson@dmlawusa.com

E. Kirk Wood (to be admitted *pro hac vice*)
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-612-0243
Facsimile:  866-747-3905
kirk@woodlawfirmllc.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 21, 2020, the foregoing was electronically filed with the Clerk of the Court using the ECF – Pacer system which will send notification of such filing to the following:

Nick Brockmeyer #56643
121 N. 5th St.
St. Charles, MO 63301
636-946-0960
brockmeyerlaw@yahoo.com

Hannah Shores #72125
121 N. 5th St.
St. Charles, MO 63301
636-946-0960
hannahshores@gmail.com

                                          */s/ Jason Moore*
                                            COUNSEL